UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEBORAH JO BAILEY,

        Plaintiff,

vs.

JEFFREY A. BAILEY

File No. 07-11672

Honorable Sean F. Cox
  (P35729)

Magistrate Judge Mona K. Majzoub
  (P27382)

_____

| C. BRUCE LAWRENCE (P26007) | DONALD G. ROCKWELL (P26723) |
|---|---|
| Attorney for Plaintiff | Nill Rockwell, P.C. |
| 264 Cedar Street | Attorney for Defendant Bailey |
| Lapeer, Michigan 48446 | G-4413 Corunna Road |
| 810.664.1670 | Flint, Michigan 48532 |
| brucelawrence@centurytel.net | 810.732.3440 |
| | nrk@tir.com |

_____

## STIPULATED ORDER DISMISSING COMPLAINT WITH PREJUDICE AND WITHOUT COSTS OR ATTORNEY FEES

This matter coming before the Court upon agreement of the Plaintiff, Deborah Jo Bailey, and the Defendant, Jeffery A. Bailey, and the Court being further advised that the Plaintiff and Defendant have entered into a mutually acceptable settlement agreement where the Plaintiff has agreed to dismiss the remaining allegations of her complaint against the Defendant with prejudice and without costs or attorney fees;

IT IS HEREBY ORDERED:

That the remaining allegations of Plaintiff's complaint against the Defendant, Jeffery Bailey, are dismissed with prejudice and without costs or attorney fees.

2

      That this is a final order dismissing all the remaining claims, rights and liabilities of all the remaining parties.

Dated:  March 25, 2008                                  s/ Sean F. Cox
                                                                                United States District Court Judge

Approved as to form and content:

| | |
|---|---|
| /s/ with consent of C. Bruce Lawrence | /s/ Donald G. Rockwell |
| C. BRUCE LAWRENCE (P26007) | DONALD G. ROCKWELL (P26723) |
| Attorney for Plaintiff | Nill Rockwell, P.C. |
| 264 Cedar Street | Attorney for Defendant Bailey |
| Lapeer, Michigan 48446 | G-4413 Corunna Road |
| 810.664.1670 | Flint, Michigan 48532 |
| brucelawrence@charterinternet.com | 810.732.3440 |
| | nrk@tir.com |
| Dated: March 24, 2008 | Dated: March 24, 2008 |